# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D22-2487
LT Case No. 2016-CA-016914-X

———————————————

HERITAGE PROPERTY AND
CASUALTY INSURANCE COMPANY,

Appellant,

v.

PAMELA MILES,

Appellee.

———————————————

On appeal from the Circuit Court for Brevard County.
David Dugan, Judge.

Daniel M. Schwarz, and Kara Rockenbach Link, of Link &
Rockenbach, PA, West Palm Beach, for Appellant.

Matthew Struble, of Struble, P.A., Indialantic, for Appellee.

October 3, 2023

PER CURIAM.

AFFIRMED.

MAKAR, JAY, and SOUD, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————